UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL,

    Plaintiff,

v.                                        Case No. 3:14cv48/MCR/CJK

SANTA ROSA COUNTY, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 13, 2014, the court entered an order directing the plaintiff to submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) within twenty days of the court's order (doc. 4). The court advised the plaintiff that, in the event he failed to comply with the court's order, the undersigned would recommend, without further notice, that the matter be dismissed for failure to prosecute. More than twenty days have passed, and the plaintiff has not submitted payment as directed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 1st day of April, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).