**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMAAL ALI BILAL,**

      **Plaintiff,**

**v.**                                    **Case No. 3:14cv48/MCR/CJK**

**SANTA ROSA COUNTY, et al.,**

      **Defendants.**

_____/

## ORDER

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 1, 2014 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  The Court has fully considered the Report and Recommendation, and the record, and concludes that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this Order.

      2.     This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with an order of the Court.

      3.     The Clerk is directed to close the file.

      **DONE AND ORDERED** this 5th day of May, 2014.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**